# United States District Court
# for the Northern District of Texas
# <u>Dallas</u> Division

**United States of America**
    *Plaintiff*,

v.

Jefer Rodriguez Rosales,
    *Defendant*.

Case No. <u>3:19-CR-371-L(03)</u>

<u>59041-177</u>
Federal Register Number

### ORDER ON MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) AND AMENDMENTS 821 & 825 TO THE FEDERAL SENTENCING GUIDELINES

Upon motion of the defendant pursuant to 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on the amendment found at:

- ☒ **USSG § 4C1.1 Adjustment for Zero-Point Offenders**
- ☐ **USSG § 4A1.1(d) & (e) Criminal History Status Points**

and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and considering the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, and for the reasons detailed in the Statement of Reasons.

**IT IS ORDERED** that the motion is:

☒     **GRANTED**, and the defendant's previously imposed sentence of imprisonment of <u>120</u> months is **reduced to 96 months**. Except as otherwise provided, all of provisions of the judgment dated <u>12/18/2020</u> shall remain in effect.

If the reduced sentence is less than the amount of time the defendant has already served, the sentence is reduced to the time the defendant has already served in custody (a "Time Served" sentence). Implementation of the "Time Served" sentence is stayed for 10 days from the date of this order.

☐     **DENIED**.

Date: October 9, 2025

Signed: *Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Effective Date:
(If different from order date)